NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENTAIN CORPORATE SERVICES LTD., BETMGM, LLC, POINTSBET USA, INC., DRAFTKINGS INC., HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGY LP,**
*Appellants*

**v.**

**BETEIRO, LLC,**
*Appellee*

---

2024-2064

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00092.

--------------------------------------------------

**ENTAIN CORPORATE SERVICES LTD., BETMGM, LLC, POINTSBET USA, INC., DRAFTKINGS INC., HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGY LP,**
*Appellants*

**v.**

**BETEIRO, LLC,**
*Appellee*

_____

2024-2065

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00093.

--------------------------------------------------

**ENTAIN CORPORATE SERVICES LTD., BETMGM, LLC, POINTSBET USA, INC., DRAFTKINGS INC., HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGY LP,**
*Appellants*

**v.**

**BETEIRO, LLC,**
*Appellee*

_____

2024-2066

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00094.

--------------------------------------------------

**ENTAIN CORPORATE SERVICES LTD., BETMGM, LLC, POINTSBET USA, INC., DRAFTKINGS INC., HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGY LP,**

*Appellants*

**v.**

**BETEIRO, LLC,**
*Appellee*

_____

2024-2067

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00095.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of ECF Nos. 2 and 6, which the court construes as appellants' unopposed motions to voluntarily dismiss these appeals with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The motions are granted, and the appeals are dismissed.  *See* Fed. R. App. P. 42(b)(2).

4            ENTAIN CORPORATE SERVICES LTD. v. BETEIRO, LLC

(2) Each side shall bear its own costs.

FOR THE COURT



August 19, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  August 19, 2024